UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:20-cv-14382-RLR

KATHERINE GOLSON, on behalf
of herself and all others similarly
situated,

      Plaintiffs,

v.

GENERAL MOTORS LLC, a
Delaware limited liability company,

      Defendant.
_____/

## ORDER CLOSING CASE

This cause is before the Court on Plaintiff's Notice of Dismissal without Prejudice. [DE 34].

In light of the fact that this case has been dismissed, it is **ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 5th day of January, 2021.

                                            ROBIN L. ROSENBERG
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record